BEFORE: VIKTOR V. POHORELSKY         DATE:    12/3/08
     U.S. MAGISTRATE JUDGE      START TIME:   10:15 a.m.
                            END TIME:    10:35 a.m.

DOCKET NO.   CV-08-2218         JUDGE:   ARR

CASE NAME:   Brown v. St. John's University

CIVIL CONFERENCE

PURPOSE OF CONFERENCE:   Status and Scheduling

APPEARANCES:   Plaintiff   Justin Griffin

         Defendant   Elaine Chou

SCHEDULING AND RULINGS:

1. The next conference will be held on **February 27, 2009 at 10:00 a.m.**  The defendant shall advise any third-party defendants of the date and time of the conference and of their obligation to attend.

2. Within ten days the plaintiff will supplement his automatic disclosures to provide the required statements regarding damages.  *See* Fed. R. Civ. P. 26(a)(1)(A)(iii).

3. The plaintiff has served and filed a more definite statement of the various deficiencies listed in Paragraph 21 of the Complaint as directed.  The parties shall serve initial discovery requests (interrogatories and document requests) within 21 days; written responses to all such requests shall be served within 30 days thereafter; any disputes concerning the sufficiency of the responses shall be addressed to the court by letter motions (after compliance with Local Civil Rule 37.3(a)) filed by February 16, 2009; opposition to any such motions shall be filed by February 23, 2009; no replies.  Argument shall be heard, as necessary, at the conference scheduled above.

4. The defendant is granted leave to file and serve third-party actions against the contractor and architect who had involvement in the construction of the areas identified by the plaintiff in his more definite statement, provided, however, that any such actions must be filed within 30 days.

5. Within 30 days the plaintiff will provide as much specificity as possible as to the location of the alleged pothole that caused him to be ejected from his wheelchair.