# KU & MUSSMAN, P.A.

ATTORNEYS AT LAW

11098 Biscayne Boulevard
Suite 301
Miami, Florida 33161
Tel.: 305.891.1322
Fax: 305.4512

January 21, 2009

Magistrate Judge Viktor V. Pohorelsky  *Via ECF*
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

RE: *Brown v. St. John's University*
    CASE NO.: 08-cv-2218 (ARR)

Honorable Judge Viktor V. Pohorelsky

   As per the Court's Order dated December 3, 2008, Plaintiff's deadline to respond to Defendant's discovery requests is January 21, 2009, and Defendant's responses to Plaintiff's discovery are due on January 22, 2009. However, the parties' have agreed to extend their time to respond to discovery until February 13, 2009.

   This extension request is made in good faith and not for the purposes of delay. Plaintiff has contacted counsel for the Defense and she consents to the foregoing.

Respectfully Submitted,

J. Justin Griffin, Esq.

cc:  Elaine Chou, Esq.