AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| CHRISTOPHER E. BROWN<br>*Plaintiff*<br>v.<br>ST. JOHN'S UNIVERSITY , et. al.<br>*Defendant* | )<br>)<br>)  Case No.   08-cv-2218 (ARR)<br>)<br>) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant/Third-Party Plaintiff St. John's University                                              .

Date: 10/20/2009

*Attorney's signature*

Philip C. Semprevivo (PS1526)
*Printed name and bar number*

Biedermann Reif Hoenig & Ruff, P.C.
570 LExington Ave.
New York, NY 10022

*Address*

psemprevivo@brhr.com
*E-mail address*

(212) 697-6555
*Telephone number*

(212) 986-3509
*FAX number*