**BIEDERMANN, REIF, HOENIG & RUFF**
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

570 LEXINGTON AVENUE
NEW YORK, NEW YORK 10022

www@brhr.com

TELEPHONE (212) 697-6555        FACSIMILE (212) 986-3509

November 9, 2009

**VIA ECF**

Honorable Allyne R. Ross
United States District Court - Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      RE:    Christopher E. Brown v. St. John's University
                 Civ. Action No. 08-2218
                 <u>Our file No.: 100.16014</u>

Dear Judge Ross,

      We represent defendant/third-party plaintiff St. John's University ("St. John's") in the above-referenced matter. In accordance with the Judge Pohorelsky's instructions at the October 23, 2009 Civil Conference, St. John's respectfully requests that the Court schedule a pre-motion conference to discuss St. John's intentions to file a motion, pursuant to Fed. R. Civ. P. 12(b)(6), to dismiss Counts I and II of plaintiff's First Amended Complaint as against St. John's. As discussed at the October 23, 2009 conference, if St. John's is successful in its motion, discovery for all parties will be drastically reduced: rather than a civil rights action, the lawsuit would become a simple negligence case concerning a roadway defect.

**ADA Claim**

      According to Plaintiff's First Amended Complaint, Plaintiff alleges that St. John's is a public accommodation, subject to the mandates of Title III of the American with Disabilities Act of 1990, 42 U.S.C. §121811 *et seq*. ( hereinafter referred to as "ADA"). St. John's denies that it is a public accommodation subject to the ADA.

      Although Title III of the ADA prohibits discrimination against an individual on the basis of disability by a public accommodation, §36.102 of Title III expressly carves out an exception to Title III's applicability for religious institutions. Specifically, §36.102(e) states as follows:

Hon. Ross
November 9, 2009
Page 2 of 2

> (e) *Exemptions and exclusions*. This part does not apply to any private club (except to the extent that the facilities of the private club are made available to customers and patrons of a place of public accommodation), or to any religious entity or public entity.

This exemption "is very broad . . . [e]ven when a religious organization carries out activities that would otherwise make it a public accommodation, the religious organization is exempt from ADA coverage." 28 C.F.R. Part 36, Appendix B.

St. John's intends to demonstrate that it is a religious entity as a matter of law, having fostered and promoted its religious heritage since its founding by the Vincentian Fathers in 1871.[1] Significantly, the Court of Appeals of the State of New York has previously held that St. John's constitutes religious organization. *Scheiber v. St. John's University*, 84 N.Y.2d 120, 615 N.Y.S.2d 332 (1994). In making such a determination, the court noted that "[a]s an educational organization operated in connection with the Vincentian order – a religious institution or organization", St. John's plainly falls within the religious entity exemption. *Id.* at 126. Accordingly, St. John's is thus exempt from the requirements of Title III of the ADA.[2]

Additionally, St. John's intends to join in Langan's motion to dismiss plaintiff's claims under New York Civil Rights Law §40-c and §40-d, for the reasons previously explicated by Langan. In short, New York Civil Rights Law §40-d is a penal statute intended by the legislature to act as an enforcement vehicle for the rights protected in §40-c. The law in New York is well settled that §40-d is only applicable as a penalty against a "person" and cannot be used against institutions or corporation. Further, §40-c requires that plaintiff demonstrate an intent to discriminate against the plaintiff in the exercise of his civil rights. A plain reading of Plaintiff's First Amended Complaint reveals the absence of any such intentional element.

Respectfully submitted,

Elaine N. Chou (EC7688)

cc.:
Registered ECF users

---

[1] The Vincentian Fathers were founded by St. Vincent de Paul in 1625.
[2] New York Executive Law §296(11) contains a religious institution exemption as well.
354017.1

# CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of November, 2009, I electronically filed the foregoing **Letter dated November 9, 2009 re: St. John's Request to schedule a Pre-Motion Conference**, with the Clerk of Court using the CM/ECF system which will send notification of filing to the following e-mail addresses:

J. Justin Griffin, Esq.
Ku & Mussman, P.A.
***Attorneys for Plaintiff, CHRISTOPHER BROWN***
64 Oriole Street
Pearl River, New York 10965
Tel:   845-499-9121
Fax:   305-891-4512
jjg10@hotmail.com

Louis Mussman, Esq.
Ku & Mussman, P.A.
***Attorneys for Plaintiff, CHRISTOPHER BROWN***
11098 Biscayne Blvd, Suite 301
Miami, Florida  33161
Tel:   305-891-1322
Fax:   305-891-4512
louis@kumussman.com

Robert A. Banner, Esq.
Kevin J. McGrath, Esq.
Ingram Yuzek Gainen Carroll & Bertolotti, LLP
***Attorneys for BUTLER ROGERS BASKETT***
250 Park Avenue
New York, New York 10177
Tel.:   212-907-9600
Fax:   212-907-9681
rbanner@ingramllp.com
kmcgrath@ingramllp.com

Eyal Steven Eisig, Esq.
Stephen P. Schreckinger, Esq.
Gogick, Byrne & O'Neill, LLP
***Attorneys for HW WHITE SITE ARCHITECTS***
11 Broadway, Suite 1560
New York, New York 10004-1314
Tel:   212-422-9424
Fax:   212-422-9429
ese@gogick.com
sps@gogick.com

Michael S. Bubb, Esq.
Bubb Grogan & Cocca LLP
**Attorneys for SKANSKA USA BUILDING, INC.**
25 Prospect Street
Morristown, New Jersey 08960
Tel:     973-539.6500
Fax:    212-539-6409
mbubb@bgc-law.com

Christopher L. Deininger, Esq.
Casey & Barnett LLP
317 Madison Avenue
New York, New York 10017
Tel:     973-879-1610
Fax:    212-286-0261
cdeininger@aol.com

William J. Brennan, Esq.
Sedgwick Detert Moran & Arnold LLP
**Attorneys for LANGAN ENGINEERING AND ENVIRONMENTAL SERVICES, INC.**
125 Broad Street. 39th Floor
New York. New York 10004
Tel:     212-422.0202
Fax:    212-422-0925
William.Brennan@sdma.com

Allen Gueldenzopf, Esq.
Law Offices of James J. Toomey
**Attorneys for GCA SERVICES, INC.**
485 Lexington Avenue, 7th Floor
New York, New York 10017
Tel:     917-778-6659
Fax:    917-778-7020
aguelden@travelers.com; toomlaw1@travelers.com

/Savi Ramprasad

2

354557.1