

125 BROAD STREET, 39TH FLOOR   NEW YORK, NEW YORK 10004-2400

www.sdma.com   212.422.0202 *phone*   212.422.0925 *fax*

*William J. Brennan*
*212-898-5530*
*william.brennan@sdma.com*

November 9, 2009

*Via Email and First Class Mail*

Louis Mussman, Esq.
Ku & Mussman, P.A.
11098 Biscayne Blvd, Suite 301
Miami, FL 33161

Re:  *Brown v. St. John's University*, Case 1:08-cv-02218-ARR-VVP

Dear Louis:

Please find enclosed Langan Engineering and Environmental Services, Inc.'s ("Langan") Notice of Motion to Dismiss Count II and Memorandum of Law in Support of Defendant Langan Engineering and Environmental Services, Inc.'s Motion to Dismiss Count II.

In accordance with Judge Ross's standing order for motion practice, these motion papers will not be filed with the Court until the briefing on this motion is complete on December 7, 2009.

Please let me know if you have any questions.

Very truly yours,

 *s/William J. Brennan*

William J. Brennan
Sedgwick, Detert, Moran & Arnold LLP


Enclosures

cc:      All Counsel (Via Email and First Class Mail)

NY/555957v1