UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

CHRISTOPHER E. BROWN,

                Plaintiff,

-against-

ST. JOHN'S UNIVERSITY, et. al.,

                Defendants.

-----------------------------------------------------------------X

08-cv-2218 (ARR)(VP)

<u>NOT FOR PRINT
OR ELECTRONIC
PUBLICATION</u>

ORDER

ROSS, United States District Judge:

    The court has reviewed the parties' pre-motion letters concerning the defendants' proposed motion to dismiss Count I of plaintiff's First Amended Complaint.

    The parties are directed to conduct expedited discovery before the Honorable Viktor Pohorelsky, United States Magistrate Judge, limited to the issue of whether St. John's University is exempt from the requirements of Title III of the ADA. All other discovery is stayed pending further notice from the court.

SO ORDERED.

                                                    /S/
                                         Allyne R. Ross
                                         United States District Judge

Dated: November 24, 2009
       Brooklyn, New York