UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
:
CHRISTOPHER E. BROWN,                                            :
                                                                 :
                        Plaintiff,                               :
                                                                 :
        -against-                                                :
                                                                 :
ST. JOHN'S UNIVERSITY and GCA SERVICES                           :
GROUP, INC., and BUTLER ROGERS BASKETT                           :
ARCHITECTS, P.C., and HM WHITE SITE                              :
ARCHITECTS and SKANSKA USA BUILDING,                             :
INC. and LANGAN ENGINEERING AND                                  :
ENVIRONMENTAL                                                    :
SERVICES, INC.,                                                  :
                        Defendants                               :
-----------------------------------------------------------------x
ST. JOHN'S UNVERSITY,                                            :
                                                                 :
                        Third-Party Plaintiff,                   :
        -against-                                                :
                                                                 :
GCA SERVICES GROUP, INC., and                                    :
BUTLER ROGERS BASKETT,                                           :
                                                                 :
                        Third-Party Defendants.                  :
-----------------------------------------------------------------x
BUTLER ROGERS BASKETT,                                           :
                                                                 :
                        Fourth-Party Plaintiff,                  :
                                                                 :
        -against-                                                :
                                                                 :
HM WHITE SITE ARCHITECTS, SKANSA USA                             :
BUILDING, INC. and LANGAN ENGINEERING                            :
AND ENVIRONMENTAL SERVICES, INC.,                                :
                                                                 :
                        Fourth-Party Defendants.                 :
-----------------------------------------------------------------x

Civ. Action No. 08-cv-2218 (ARR)
Hon. J. Ross
Hon. M.J. Pohorelsky

**NOTICE OF MOTION**

1

**PLEASE TAKE NOTICE**, that upon the accompanying Memorandum of Law, defendant/third-party plaintiff ST. JOHN'S UNIVERSITY ("St. John's") will move this Court, on a date and time determined by the Court, before the Honorable Viktor V. Pohorelsky in the United States District Courthouse for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York, to dismiss Count II of Plaintiff's First Amended Complaint herein pursuant to Fed. R. Civ. P. 12(b)(6) for the reasons set forth in the motion papers submitted by co-defendant LANGAN ENGINEERING AND ENVIRONMENTAL SERVICES, INC. ("Langan"), which are adopted and incorporated herein, and for such other and further relief in favor of defendant St. John's as the Court may deem just and proper.

Dated: New York, New York
       November 23, 2009

> Yours, *etc.*,
>
> Biedermann, Reif, Hoenig & Ruff, P.C.
>
> By: _____
> Elaine N. Chou  (EC7688)
> Attorneys for Defendant/Third-Party Plaintiff
> St. John's University
> 570 Lexington Avenue
> New York, New York 10022
> (212) 697-6555

TO:   ALL COUNSEL OF ECF SERVICE LIST

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of November, 2009, I electronically filed the foregoing **NOTICE OF MOTION** with the Clerk of Court using the CM/ECF system which will send notification of filing to the following e-mail addresses:

J. Justin Griffin, Esq.
Ku & Mussman, P.A.
***Attorneys for Plaintiff, CHRISTOPHER BROWN***
64 Oriole Street
Pearl River, New York 10965
Tel:     845-499-9121
Fax:    305-891-4512
jjg10@hotmail.com

Louis Mussman, Esq.
Ku & Mussman, P.A.
***Attorneys for Plaintiff, CHRISTOPHER BROWN***
11098 Biscayne Blvd, Suite 301
Miami, Florida  33161
Tel:     305-891-1322
Fax:    305-891-4512
louis@kumussman.com

Robert A. Banner, Esq.
Kevin J. McGrath, Esq.
Ingram Yuzek Gainen Carroll & Bertolotti, LLP
***Attorneys for BUTLER ROGERS BASKETT***
250 Park Avenue
New York, New York 10177
Tel.:    212-907-9600
Fax:    212-907-9681
rbanner@ingramllp.com
kmcgrath@ingramllp.com

Eyal Steven Eisig, Esq.
Stephen P. Schreckinger, Esq.
Gogick, Byrne & O'Neill, LLP
***Attorneys for HW WHITE SITE ARCHITECTS***
11 Broadway, Suite 1560
New York, New York 10004-1314
Tel:     212-422-9424
Fax:    212-422-9429
ese@gogick.com
sps@gogick.com

Michael S. Bubb, Esq.
Bubb Grogan & Cocca LLP
***Attorneys for SKANSKA USA BUILDING, INC.***
25 Prospect Street
Morristown, New Jersey 08960
Tel:   973-539.6500
Fax:   212-539-6409
mbubb@bgc-law.com

Christopher L. Deininger, Esq.
Casey & Barnett LLP
317 Madison Avenue
New York, New York 10017
Tel:   973-879-1610
Fax:   212-286-0261
cdeininger@aol.com

William J. Brennan, Esq.
Sedgwick Detert Moran & Arnold LLP
***Attorneys for LANGAN ENGINEERING AND ENVIRONMENTAL SERVICES, INC.***
125 Broad Street. 39th Floor
New York. New York 10004
Tel:   212-422.0202
Fax:   212-422-0925
William.Brennan@sdma.com

Allen Gueldenzopf, Esq.
Law Offices of James J. Toomey
***Attorneys for GCA SERVICES, INC***.
485 Lexington Avenue, 7th Floor
New York, New York 10017
Tel:   917-778-6659
Fax:   917-778-7020
aguelden@travelers.com; toomlaw1@travelers.com

                                              Savi Ramprasad