UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                                          :   Civ. Action No. 08-cv-2218 (ARR)

CHRISTOPHER E. BROWN,                         :       Hon. J. Ross
                                                          :       Hon. M.J. Pohorelsky
               Plaintiff,

     -against-

ST. JOHN'S UNIVERSITY and GCA SERVICES   :   **MEMORANDUM OF LAW**
GROUP, INC., and BUTLER ROGERS BASKETT    :   **IN SUPPORT OF ST.**
ARCHITECTS, P.C., and HM WHITE SITE           :   **JOHN'S UNIVERSITY'S**
ARCHITECTS and SKANSKA USA BUILDING,    :   **MOTION TO DISMISS**
INC. and LANGAN ENGINEERING AND          :   **COUNT II OF PLAINTIFF'S**
ENVIRONMENTAL                                       :   **FIRST AMENDED**
SERVICES, INC.,                                 :   **COMPLAINT**
                                  Defendants
------------------------------------------------------------------x
ST. JOHN'S UNVERSITY,

               Third-Party Plaintiff,
     -against-

GCA SERVICES GROUP, INC., and
BUTLER ROGERS BASKETT,

               Third-Party Defendants.
------------------------------------------------------------------x
BUTLER ROGERS BASKETT,

               Fourth-Party Plaintiff,

     -against-

HM WHITE SITE ARCHITECTS, SKANSA USA
BUILDING, INC. and LANGAN ENGINEERING
AND ENVIRONMENTAL SERVICES, INC.,

               Fourth-Party Defendants.
------------------------------------------------------------------x

## PRELIMINARY STATEMENT

Defendant/Third-Party Plaintiff ST. JOHN'S UNIVERSITY ("St. John's") moves to dismiss Count II of Plaintiff's First Amended Complaint, pursuant to Fed. R. Civ. P. 12(c), and hereby adopt and incorporate herein the arguments set forth in the motion papers set submitted by co-defendant LANGAN ENGINEERING AND ENVIRONMENTAL SERVICES, INC. ("Langan"). As more fully argued therein, plaintiff's claims are meritless under N.Y. Civil Rights Law § 40-c and §40-d. For these reasons, Count II of plaintiff's First Amended Complaint must be dismissed.

## STATEMENT OF FACTS

St. John's refers the Court to defendant Langan's Memorandum of Law in support of its motion to dismiss Count II of Plaintiff's First Amended Complaint for a full recitation of the facts and applicable law.

## ARGUMENT

In essence, plaintiff asserts claims under N.Y. Civil Rights Law §40-c and §40-d against all defendants. However, plaintiff's interpretations of these sections are erroneous. As aptly explicated by Langan, §40-d grants a cause of action only against a "person" who commits a discriminatory act prohibited under §40-c. St. John's is undisputedly a private Catholic university and thus, cannot be considered a "person" as contemplated by §40-c. Additionally, plaintiff's counsel failed to properly provide notice to the New York Attorney General of plaintiff's intention to bring a claim against St. John's as required under §40-d. Moreover, Plaintiff's First Amended Complaint fails to allege that any defendant intentionally discriminated against him on the basis of his disability. For these reasons, as more fully set forth in the motion

2

papers submitted by Langan that are adopted and incorporated herein, St. John's requests that Count II of Plaintiff's First Amended Complaint be dismissed.

## CONCLUSION

For the foregoing reasons, it is respectfully requested that the Court dismiss Count II of Plaintiff's First Amended Complaint prejudice.

Dated: New York, New York
November 23, 2009

> Yours, *etc.*,
>
> Biedermann, Reif, Hoenig & Ruff, P.C.
>
> By: _____
> Elaine N. Chou  (EC7688)
> Attorneys for Defendant/Third-Party Plaintiff
> St. John's University
> 570 Lexington Avenue
> New York, New York 10022
> (212) 697-6555

TO:    ALL COUNSEL OF ECF SERVICE LIST

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of November, 2009, I electronically filed the foregoing **MEMORANDUM OF LAW IN SUPPORT OF ST. JOHN'S UNIVERSITY'S MOTION TO DISMISS COUNT II OF PLAINTIFF'S FIRST AMENDED COMPLAINT** with the Clerk of Court using the CM/ECF system which will send notification of filing to the following e-mail addresses:

J. Justin Griffin, Esq.
Ku & Mussman, P.A.
***Attorneys for Plaintiff, CHRISTOPHER BROWN***
64 Oriole Street
Pearl River, New York 10965
Tel:     845-499-9121
Fax:    305-891-4512
jjg10@hotmail.com

Louis Mussman, Esq.
Ku & Mussman, P.A.
***Attorneys for Plaintiff, CHRISTOPHER BROWN***
11098 Biscayne Blvd, Suite 301
Miami, Florida  33161
Tel:     305-891-1322
Fax:    305-891-4512
louis@kumussman.com

Robert A. Banner, Esq.
Kevin J. McGrath, Esq.
Ingram Yuzek Gainen Carroll & Bertolotti, LLP
***Attorneys for BUTLER ROGERS BASKETT***
250 Park Avenue
New York, New York 10177
Tel.:    212-907-9600
Fax:    212-907-9681
rbanner@ingramllp.com
kmcgrath@ingramllp.com

Eyal Steven Eisig, Esq.
Stephen P. Schreckinger, Esq.
Gogick, Byrne & O'Neill, LLP
***Attorneys for HW WHITE SITE ARCHITECTS***
11 Broadway, Suite 1560
New York, New York 10004-1314
Tel:     212-422-9424
Fax:    212-422-9429
ese@gogick.com
sps@gogick.com

Michael S. Bubb, Esq.
Bubb Grogan & Cocca LLP
***Attorneys for SKANSKA USA BUILDING, INC.***
25 Prospect Street
Morristown, New Jersey 08960
Tel:    973-539.6500
Fax:    212-539-6409
mbubb@bgc-law.com

Christopher L. Deininger, Esq.
Casey & Barnett LLP
317 Madison Avenue
New York, New York 10017
Tel:    973-879-1610
Fax:    212-286-0261
cdeininger@aol.com

William J. Brennan, Esq.
Sedgwick Detert Moran & Arnold LLP
***Attorneys for LANGAN ENGINEERING AND ENVIRONMENTAL SERVICES, INC.***
125 Broad Street. 39th Floor
New York. New York 10004
Tel:    212-422.0202
Fax:    212-422-0925
William.Brennan@sdma.com

Allen Gueldenzopf, Esq.
Law Offices of James J. Toomey
***Attorneys for GCA SERVICES, INC.***
485 Lexington Avenue, 7th Floor
New York, New York 10017
Tel:    917-778-6659
Fax:    917-778-7020
aguelden@travelers.com; toomlaw1@travelers.com

/Savi Ramprasad

2

356154.1