

125 BROAD STREET, 39TH FLOOR   NEW YORK, NEW YORK 10004-2400

*www.sdma.com*   212.422.0202  *phone*   212.422.0925  *fax*

*William J. Brennan*
*212-898-5530*
*william.brennan@sdma.com*

December 7, 2009

*Via First Class Mail*

Hon. Allyne R. Ross
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:  *Brown v. St. John's University*, Case 1:08-cv-02218-ARR-VVP

Dear Judge Ross:

Pursuant to your Individual Motion Practice guidelines, please find enclosed:

1. Langan Engineering and Environmental Services, Inc.'s ("Langan") Notice of Motion to Dismiss Count II and;

2. Memorandum of Law in Support of Defendant Langan Engineering and Environmental Services, Inc.'s Motion to Dismiss Count II;

3. Plaintiff's Response and Incorporated Memorandum of Law in Opposition to Defendant to Defendant, Langan's, Motion to Dismiss Count II; and

4. Langan's Engineering and Environmental Services, Inc.'s Reply in Support of Its Motion to Dismiss Count II.

Please let me know if you have any questions.

Very truly yours,

 *s/William J. Brennan*

William J. Brennan
Sedgwick, Detert, Moran & Arnold LLP


Enclosures
cc:     All Counsel (Via Email and First Class Mail) (without enclosures)
        Hon. Viktor V. Pohorelsky (Via First Class Mail) (without enclosures)

NY/557218v1