LAW OFFICE OF
# JAMES J. TOOMEY
485 Lexington Avenue, 7th Floor
New York, New York 10017
Tel: 917-778-6600
Fax: 917-778-7020

**Allen H. Gueldenzopf**　　　　　　　　　　　　　　　　　　　Direct Dial: (917) 778-6606
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　E-mail: Aguelden@travelers.com

December 7, 2009

Hon . Allyne R. Ross
United States District Court　　　　　　　　　　　　　　via ECF
Easetern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

**RE:**　**Brown  v. St. John's University**
　　　**Case No.: 08-cv-2218(ARR)**

Dear Judge Ross:

Pursuant to your Individual Motion Practice guidelines, enclosed please find the following:

　　1.　GCA Service's Notice of Motion to Dismiss Count II
　　2.　GCA Memorandum in support of Motion to Dismiss Count II

As can be seen, this motion is based on the facts and arguments as set forth by co-defendant Langan Engineering which is already submitted via ECF, and requests similar relief.

Thank you for your attention to this matter.

　　　　　　　　　　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　　　　　　　　　　S/
　　　　　　　　　　　　　　　　　　　　　　Allen H. Gueldenzopf

Encl.

cc:　all ECF recipients/ and by first class mail