BEFORE:    VIKTOR V. POHORELSKY                  DATE:   12/7/09
                U.S. MAGISTRATE JUDGE            START TIME:   2:00 p.m.
                                                                                                END TIME:   2:25 p.m.

DOCKET NO.    CV-08-2218                                             JUDGE:   ARR

CASE NAME:    Brown v. St. John's University et al.

CIVIL CONFERENCE

PURPOSE OF CONFERENCE:    Discovery

APPEARANCES:      Plaintiff        Louis Mussmann
                          Defendant     Elaine Chou (St. John's)
                 3rd Party Def'ts     Jessica Rothman (Butler Rogers); Allen Guieldenzopf (GCA);
                 4th Party Def't     Eyal Eisig (HM White); Maria Zarrella (Skanska); William Brennan (Langan)

SCHEDULING AND RULINGS:

1.    The next conference will be held by telephone on **December 18, 2009 at 3:00 p.m.** to be initiated by the defendant St. John's (Chambers: 718-613-2400). Counsel for the plaintiff and St. John's shall be prepared to discuss whether disputes remain concerning the discovery sought by the plaintiff concerning the religious institution exemption, and a schedule for judicial resolution of any such disputes. (To the extent other parties wish to participate in the conference, they are to advise counsel for St. John's by e-mail in advance of the conference.)

2.    The plaintiff anticipates two depositions at present concerning the religious exemption issue; the parties have already set aside dates in January pursuant to the previous scheduling order of the court which will be available for the depositions.