UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
CHRISTOPHER E. BROWN,
an individual,                                                                    CASE NO.: 08-cv-2218(ARR)(VVP)

        Plaintiff,

**NOTICE OF APPEARANCE**

vs.

ST. JOHN'S UNIVERSITY, et al.
a private university,

        Defendants.
-----------------------------------------------------------------x

        PLEASE TAKE NOTICE that Brian T. Ku, Esq. of Ku & Mussman, P.A. hereby appears on behalf of Plaintiff, Christopher E. Brown in the above-captioned matter.

        Respectfully submitted,

        KU & MUSSMAN, P.A.
        Attorneys for Plaintiff
        11098 Biscayne Blvd., Suite 301
        Miami, FL 33161
        Tel: (305) 891-1322
        Fax: (305) 891-4512
        louis@kumussman.com

        By: /s/ Brian T. Ku
            Brian T. Ku, Esq.
            Bar ID No.:BK8156


**CERTIFICATE OF SERVICE**

        I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via ECF on this 12th day of January, 2010 to the following: Elaine Chou, Esq., Bierderman, Reif, Hoenig & Ruff, P.C., 570 Lexington Avenue, New York, NY 10022; Jessica L. Rothman, Esq., Kevin J.

McGrath, Esq., and Robert A. Banner, Esq., Ingram Yuzek Gainen Carroll & Bertolotti, LLP, 250 Park Avenue, New York, NY 10177; Allen H. Gueldenzopf, Esq., Law Offices of James J. Toomey, 485 Lexington Avenue, 7th Floor, New York, NY 10017; and Stephen P. Schreckinger, Esq., Gogick, Byrne & O'Neill, LLP, 11 Broadway, Suite 1560, New York, NY 10004-1314, William J. Brennan, Esq., Detert, Moran,& Arnold LLP, 125 Broad Street, 39th Floor, New York, NY 10004.

By: /s/ Brian T. Ku
Brian T. Ku, Esq.