BIEDERMANN, REIF, HOENIG & RUFF, P.C.

EDWARD L. O'TOOLE
DIRECT DIAL: (212) 634-5047
EOTOOLE@BRHR.COM

March 03, 2010

**COURTESY COPY ORIGINAL FILED BY ECF**
Honorable Allyne R. Ross
United States District Court - Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      RE: Christopher E. Brown v. St. John's University
         Case No.: 08-cv-2218 (ARR) (VVP)
         Our File No.: 100.16014

Honorable Judge Ross:

  Further to your instructions on February 24, 2010 to provide a proposed briefing schedule for the filing of motions to dismiss, counsel for St. John's and counsel for Plaintiff have conferred. Plaintiff's counsel has represented that he will file a Second Amended Complaint to add a claim for violation of the Rehabilitation Act, 29 USC § 794 *et seq.*, against St. John's on or before **March 5, 2010.** Counsel for St. John's and plaintiff have agreed to the following briefing schedule:

- Subject to plaintiff's compliance with the above, Defendant St. John's shall file a motion to dismiss on or before **March 26, 2010.** The deadline for any party to oppose said motion shall be **April 16, 2010.** All reply papers shall be due on or before **April 30, 2010.**

  We hope that the Court shall find these dates acceptable. Thank you in advance for your consideration.

            Respectfully Submitted,

            BIEDERMANN, REIF, HOENIG & RUFF, PC

            Edward L. O'Toole

AGREED TO IN FORM AND CONTENT

Louis Mussman
Counsel for Plaintiff, Christopher Brown