BEFORE:  VIKTOR V. POHORELSKY                      DATE:         7/9/10
         U.S. MAGISTRATE JUDGE                     START TIME:   2:15 p.m.
                                                   END TIME:     2:50 p.m.

DOCKET NO.    CV-08-2218                                JUDGE:    ARR

CASE NAME:    Brown v. St. John's University et al.

                              CIVIL CONFERENCE

PURPOSE OF CONFERENCE:    Telephone Status

APPEARANCES:    Plaintiff         Louis Mussmann
                Defendant         Elaine Chou, Edward O'Toole  (St. John's)
           3rd Party Def'ts       Jessica Rothman (Butler Rogers); Frederick Schmidt, Jr. (GCA)
           4th Party Def't        Eyal Eisig (HM White); Christopher Deininger (Skanska); William Brennan (Langan)

SCHEDULING AND RULINGS:

1.  The next conference will be held in person on **October 14, 2010 at 10:00 a.m.**

2.  As the various motions have now been decided, the previously entered stay of discovery is lifted.  Written responses to all discovery requests that were outstanding at the time of the imposition of the stay are to be served within 30 days from today.

3.  Any new document requests and interrogatories are to be served no later than 30 days from today; written responses to all such requests for discovery are to be served within 30 days after service.

4.  Motions to compel with respect to disputes concerning the above discovery requests are to be made by letter no later than October 1, 2010; opposition to such motions shall be filed no later than October 8, 2010; no replies; the parties are reminded that they are required to discuss any disputes in person or by telephone before making any discovery motions.

5.  The plaintiff may conduct a further inspection of the property on a date that is to be set as soon as reasonably practicable and convenient to the parties.  The plaintiff has stipulated that no additional barriers will be added to the list previously supplied to the parties as a result of the inspection other than any that have arisen because of construction that occurred after the last inspection.