UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
          :
CHRISTOPHER E. BROWN,      :   Civ. Action No. 08-cv-2218 (ARR)
          :   Hon. J. Ross
        Plaintiff,   :   Hon. M.J. Pohorelsky
          :
  -against-        :
          :
          :   **ST. JOHN'S UNIVERSITY'S**
ST. JOHN'S UNIVERSITY and GCA SERVICES  :   **ANSWER TO BUTLER**
GROUP, INC., and  BUTLER ROGERS BASKETT :   **ROGERS BASKETT**
ARCHITECTS, P.C., and HM WHITE SITE   :   **ARCHITECTS P.C.'s**
ARCHITECTS and SKANSKA USA BUILDING,  :   **CROSSCLAIMS**
INC. and LANGAN ENGINEERING AND    :
ENVIRONMENTAL        :
SERVICES, INC.,        :
        Defendants.   :
------------------------------------------------------------------x  :
ST. JOHN'S UNVERSITY,      :
          :
        Third-Party Plaintiff,   :
  -against-        :
          :
GCA SERVICES GROUP, INC., and    :
BUTLER ROGERS BASKETT,     :
          :
        Third-Party Defendants.   :
------------------------------------------------------------------x  :
BUTLER ROGERS BASKETT,     :
          :
        Fourth-Party Plaintiff,   :
          :
  -against-        :
          :
HM WHITE SITE ARCHITECTS, SKANSA USA   :
BUILDING, INC. and LANGAN ENGINEERING  :
AND ENVIRONMENTAL SERVICES, INC.,   :
          :
      Fourth-Party Defendants.   :
------------------------------------------------------------------x  :

Defendant/Third-Party Plaintiff St. John's University, by its attorneys, Biedermann, Reif, Hoenig, & Ruff, P.C., as and for its Answer to Butler Rogers Baskett Architects, P.C.'s ("BRB") Cross-Claim, sets forth as follows:

### CROSS-CLAIM FOR CONTRIBUTION/INDEMNIFICATION

In response to BRB's Cross-Claim for contribution/indemnification, the defendant herein denies the allegations as stated.

**WHEREFORE**, defendant/third-party plaintiff St. John's University demands judgment dismissing the Cross-Claim herein, together with the costs and disbursements of this action.

Dated: New York, New York
July 23, 2010

        Yours, *etc.*,

        Biedermann, Reif, Hoenig & Ruff, P.C.

        By: _____
        Elaine N. Chou  (EC7688)
        Attorneys for Defendant/Third-Party Plaintiff
        St. John's University
        885 Third Avenue
        New York, New York 10022
        (212) 697-6555

382084.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of July, 2010, I electronically filed the foregoing **ST. JOHN'S UNVIERSITY ANSWER TO BUTLER ROGERS BASKETT ARCHITECTS, P.C.'s CROSSCLAIMS** with the Clerk of Court using the CM/ECF system which will send notification of filing to the following e-mail addresses:

    Louis Mussman, Esq.
    Ku & Mussman, P.A.
    ***Attorneys for CHRISTOPHER BROWN***
    11098 Biscayne Blvd, Suite 301
    Miami, Florida 33161
    Tel:   305-891-1322     Fax:   305-891-4512
    louis@kumussman.com
    brian@kumussman.com

    J. Justin Griffin, Esq.
    Ku & Mussman, P.A.
    ***Attorneys for CHRISTOPHER BROWN***
    64 Oriole Street
    Pearl River, New York 10965
    Tel:   845-499-9121     Fax:   305-891-4512
    jjg10@hotmail.com

    Robert A. Banner, Esq.
    Kevin J. McGrath, Esq.
    Ingram Yuzek Gainen Carroll & Bertolotti, LLP
    ***Attorneys for BUTLER ROGERS BASKETT***
    250 Park Avenue
    New York, New York 10177
    Tel.:   212-907-9600     Fax:   212-907-9681
    rbanner@ingramllp.com
    kmcgrath@ingramllp.com
    jrothman@ingramllp.com

    Eyal Steven Eisig, Esq.
    Stephen P. Schreckinger, Esq.
    Gogick, Byrne & O'Neill, LLP
    ***Attorneys for HW WHITE SITE ARCHITECTS***
    11 Broadway, Suite 1560
    New York, New York 10004-1314
    Tel:   212-422-9424     Fax:   212-422-9429

ese@gogick.com
sps@gogick.com

Michael S. Bubb, Esq.
Christopher L. Deininger, Esq.
Bubb Grogan & Cocca LLP
***Attorneys for SKANSKA USA BUILDING, INC.***
25 Prospect Street
Morristown, New Jersey 08960
Tel:   973-539.6500      Fax:   212-539-6409
mbubb@bgc-law.com
cdeininger@aol.com

William J. Brennan, Esq.
Sedgwick Detert Moran & Arnold LLP
***Attorneys for LANGAN ENGINEERING AND ENVIRONMENTAL SERVICES, INC.***
125 Broad Street. 39th Floor
New York. New York 10004
Tel:   212-422.0202
Fax:   212-422-0925
William.Brennan@sdma.com

Evy Kazansky, Esq.
Law Offices of James J. Toomey
***Attorneys for GCA SERVICES, INC.***
485 Lexington Avenue, 7th Floor
New York, New York 10017
Tel:   917-778-6659      Fax:   917-778-7020
ekazansk@travelers.com; toomlaw1@travelers.com

*Savi Ramprasad*

2

382108.1