UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                                 :
                                                                 :   Civ. Action No. 08-cv-2218 (ARR)
CHRISTOPHER E. BROWN,                                            :         Hon. J. Ross
                                                                 :         Hon. M.J. Pohorelsky
            Plaintiff,                                           :
                                                                 :
    -against-                                                    :
                                                                 :
                                                                 :   **ST. JOHN'S UNIVERSITY'S**
ST. JOHN'S UNIVERSITY and GCA SERVICES                           :   **ANSWER TO GCA**
GROUP, INC., and BUTLER ROGERS BASKETT                           :   **SERVICES GROUP, INC.'S**
ARCHITECTS, P.C., and HM WHITE SITE                              :   **CROSSCLAIMS**
ARCHITECTS and SKANSKA USA BUILDING,                             :
INC. and LANGAN ENGINEERING AND                                  :
ENVIRONMENTAL                                                    :
SERVICES, INC.,                                                  :
            Defendants.                                          :
-----------------------------------------------------------------x
                                                                 :
ST. JOHN'S UNVERSITY,                                            :
                                                                 :
            Third-Party Plaintiff,                               :
    -against-                                                    :
                                                                 :
GCA SERVICES GROUP, INC., and                                    :
BUTLER ROGERS BASKETT,                                           :
                                                                 :
            Third-Party Defendants.                              :
-----------------------------------------------------------------x
BUTLER ROGERS BASKETT,                                           :
                                                                 :
            Fourth-Party Plaintiff,                              :
                                                                 :
    -against-                                                    :
                                                                 :
HM WHITE SITE ARCHITECTS, SKANSA USA                             :
BUILDING, INC. and LANGAN ENGINEERING                            :
AND ENVIRONMENTAL SERVICES, INC.,                                :
                                                                 :
            Fourth-Party Defendants.                             :
-----------------------------------------------------------------x

Defendant/Third-Party Plaintiff St. John's University, by its attorneys, Biedermann, Reif, Hoenig, & Ruff, P.C., as and for its Answer to GCA Services Group, Inc.'s (hereinafter "GCA") Cross-Claims as asserted in its Answer to Plaintiff's Second Amended Complaint, sets forth as follows:

### CROSS-CLAIM FOR COMMON LAW INDEMNIFICATION

In response to GCA's Cross-Claim for common law indemnification, the defendant herein denies the allegations as stated.

### CROSS-CLAIM FOR COMMON LAW CONTRIBUTION

In response to GCA's Cross-Claim for common law indemnification, the defendant herein denies the allegations as stated.

### CROSS-CLAIM FOR CONTRACTUAL INDEMNIFICATION

In response to GCA's Cross-Claim for contractual indemnification, the defendant herein denies the allegations as stated.

### CROSS-CLAIM FOR INSURANCE COVERAGE

In response to GCA's Cross-Claim for insurance coverage, the defendant herein denies the allegations as stated.

382078.1

**WHEREFORE**, defendant/third-party plaintiff St. John's University demands judgment dismissing the Cross-Claims herein, together with the costs and disbursements of this action.

Dated: New York, New York
      July 23, 2010

                                    Yours, *etc.*,

                                    Biedermann, Reif, Hoenig & Ruff, P.C.

                                    By: _____
                                          Elaine N. Chou (EC7688)
                                    Attorneys for Defendant/Third-Party Plaintiff
                                    St. John's University
                                    885 Third Avenue
                                    New York, New York 10022
                                    (212) 697-6555

**CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of July, 2010, I electronically filed the foregoing **ST. JOHN'S UNVIERSITY ANSWER TO GCA SERVICES GROUP, INC.'S CROSSCLAIMS** with the Clerk of Court using the CM/ECF system which will send notification of filing to the following e-mail addresses:

Louis Mussman, Esq.
Ku & Mussman, P.A.
*Attorneys for CHRISTOPHER BROWN*
11098 Biscayne Blvd, Suite 301
Miami, Florida 33161
Tel:    305-891-1322        Fax:    305-891-4512
louis@kumussman.com
brian@kumussman.com

J. Justin Griffin, Esq.
Ku & Mussman, P.A.
*Attorneys for CHRISTOPHER BROWN*
64 Oriole Street
Pearl River, New York 10965
Tel:    845-499-9121        Fax:    305-891-4512
jjg10@hotmail.com

Robert A. Banner, Esq.
Kevin J. McGrath, Esq.
Ingram Yuzek Gainen Carroll & Bertolotti, LLP
*Attorneys for BUTLER ROGERS BASKETT*
250 Park Avenue
New York, New York 10177
Tel.:   212-907-9600        Fax:    212-907-9681
rbanner@ingramllp.com
kmcgrath@ingramllp.com
jrothman@ingramllp.com

Eyal Steven Eisig, Esq.
Stephen P. Schreckinger, Esq.
Gogick, Byrne & O'Neill, LLP
*Attorneys for HW WHITE SITE ARCHITECTS*
11 Broadway, Suite 1560
New York, New York 10004-1314
Tel:    212-422-9424        Fax:    212-422-9429
ese@gogick.com
sps@gogick.com

Michael S. Bubb, Esq.
Christopher L. Deininger, Esq.
Bubb Grogan & Cocca LLP
***Attorneys for SKANSKA USA BUILDING, INC.***
25 Prospect Street
Morristown, New Jersey 08960
Tel:    973-539.6500       Fax:    212-539-6409
mbubb@bgc-law.com
cdeininger@aol.com

William J. Brennan, Esq.
Sedgwick Detert Moran & Arnold LLP
***Attorneys for LANGAN ENGINEERING AND ENVIRONMENTAL SERVICES, INC.***
125 Broad Street. 39th Floor
New York. New York 10004
Tel:    212-422.0202
Fax:    212-422-0925
William.Brennan@sdma.com

Evy Kazansky, Esq.
Law Offices of James J. Toomey
***Attorneys for GCA SERVICES, INC.***
485 Lexington Avenue, 7th Floor
New York, New York 10017
Tel:    917-778-6659       Fax:    917-778-7020
ekazansk@travelers.com; toomlaw1@travelers.com


*Savi Ramprasad*

2

382106.1