UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                                                  :
                                                                  :   Civ. Action No. 08-cv-2218 (ARR)
CHRISTOPHER E. BROWN,                                             :        Hon. J. Ross
                                                                  :        Hon. M.J. Pohorelsky
                Plaintiff,                                        :
                                                                  :
        -against-                                                 :
                                                                  :
                                                                  :   **ST. JOHN'S UNIVERSITY'S**
ST. JOHN'S UNIVERSITY and GCA SERVICES                            :   **ANSWER TO SKANSKA**
GROUP, INC., and BUTLER ROGERS BASKETT                            :   **USA BUILDING, INC.'S**
ARCHITECTS, P.C., and HM WHITE SITE                               :   **CROSSCLAIMS**
ARCHITECTS and SKANSKA USA BUILDING,                              :
INC. and LANGAN ENGINEERING AND                                   :
ENVIRONMENTAL                                                     :
SERVICES, INC.,                                                   :
                Defendants.                                       :
------------------------------------------------------------------x :
ST. JOHN'S UNVERSITY,                                             :
                                                                  :
                Third-Party Plaintiff,                            :
        -against-                                                 :
                                                                  :
GCA SERVICES GROUP, INC., and                                     :
BUTLER ROGERS BASKETT,                                            :
                                                                  :
                Third-Party Defendants.                           :
------------------------------------------------------------------x :
BUTLER ROGERS BASKETT,                                            :
                                                                  :
                Fourth-Party Plaintiff,                           :
                                                                  :
        -against-                                                 :
                                                                  :
HM WHITE SITE ARCHITECTS, SKANSA USA                              :
BUILDING, INC. and LANGAN ENGINEERING                             :
AND ENVIRONMENTAL SERVICES, INC.,                                 :
                                                                  :
                Fourth-Party Defendants.                          :
------------------------------------------------------------------x :

Defendant/Third-Party Plaintiff St. John's University, by its attorneys, Biedermann, Reif, Hoenig, & Ruff, P.C., as and for its Answer to Skanska USA Building, Inc.'s ("Skanska") Cross-Claims, sets forth as follows:

### CROSS-CLAIM FOR CONTRIBUTION

In response to Skanska's Cross-Claim for contribution, the defendant herein denies the allegations as stated.

### CROSS-CLAIM FOR INDEMNIFICATION

In response to Skanska's Cross-Claim for indemnification, the defendant herein denies the allegations as stated.

**WHEREFORE**, defendant/third-party plaintiff St. John's University demands judgment dismissing the Cross-Claims herein, together with the costs and disbursements of this action.

Dated: New York, New York
July 23, 2010

        Yours, *etc.*,

        Biedermann, Reif, Hoenig & Ruff, P.C.

        By: _____
            Elaine N. Chou  (EC7688)
        Attorneys for Defendant/Third-Party Plaintiff
        St. John's University
        885 Third Avenue
        New York, New York 10022
        (212) 697-6555

Defendant/Third-Party Plaintiff St. John's University, by its attorneys, Biedermann, Reif, Hoenig, & Ruff, P.C., as and for its Answer to GCA Services Group, Inc.'s (hereinafter "GCA") Cross-Claims, sets forth as follows:

### CROSS-CLAIM FOR COMMON LAW INDEMNIFICATION

In response to GCA's Cross-Claim for common law indemnification, the defendant herein denies the allegations as stated.

### CROSS-CLAIM FOR COMMON LAW CONTRIBUTION

In response to GCA's Cross-Claim for common law indemnification, the defendant herein denies the allegations as stated.

### CROSS-CLAIM FOR CONTRACTUAL INDEMNIFICATION

In response to GCA's Cross-Claim for contractual indemnification, the defendant herein denies the allegations as stated.

### CROSS-CLAIM FOR INSURANCE COVERAGE

In response to GCA's Cross-Claim for insurance coverage, the defendant herein denies the allegations as stated.

**WHEREFORE**, defendant/third-party plaintiff St. John's University demands judgment dismissing the Cross-Claims herein, together with the costs and disbursements of this action.

Dated: New York, New York
July 23, 2010

> Yours, *etc.*,
>
> Biedermann, Reif, Hoenig & Ruff, P.C.
>
> By: _____
> Elaine N. Chou  (EC7688)
> Attorneys for Defendant/Third-Party Plaintiff
> St. John's University
> 885 Third Avenue
> New York, New York 10022
> (212) 697-6555

# CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of July, 2010, I electronically filed the foregoing **ST. JOHN'S UNVIERSITY ANSWER TO SKANSKA USA BUILDING, INC.'S CROSSCLAIMS** with the Clerk of Court using the CM/ECF system which will send notification of filing to the following e-mail addresses:

Louis Mussman, Esq.
Ku & Mussman, P.A.
***Attorneys for CHRISTOPHER BROWN***
11098 Biscayne Blvd, Suite 301
Miami, Florida  33161
Tel:     305-891-1322         Fax:     305-891-4512
louis@kumussman.com
brian@kumussman.com

J. Justin Griffin, Esq.
Ku & Mussman, P.A.
***Attorneys for CHRISTOPHER BROWN***
64 Oriole Street
Pearl River, New York 10965
Tel:     845-499-9121         Fax:     305-891-4512
jjg10@hotmail.com

Robert A. Banner, Esq.
Kevin J. McGrath, Esq.
Ingram Yuzek Gainen Carroll & Bertolotti, LLP
***Attorneys for BUTLER ROGERS BASKETT***
250 Park Avenue
New York, New York 10177
Tel.:    212-907-9600         Fax:     212-907-9681
rbanner@ingramllp.com
kmcgrath@ingramllp.com
jrothman@ingramllp.com

Eyal Steven Eisig, Esq.
Stephen P. Schreckinger, Esq.
Gogick, Byrne & O'Neill, LLP
***Attorneys for HW WHITE SITE ARCHITECTS***
11 Broadway, Suite 1560
New York, New York 10004-1314
Tel:     212-422-9424         Fax:     212-422-9429

Michael S. Bubb, Esq.
Christopher L. Deininger, Esq.
Bubb Grogan & Cocca LLP
***Attorneys for SKANSKA USA BUILDING, INC.***
25 Prospect Street
Morristown, New Jersey 08960
Tel:    973-539.6500         Fax:    212-539-6409
mbubb@bgc-law.com
cdeininger@aol.com

William J. Brennan, Esq.
Sedgwick Detert Moran & Arnold LLP
***Attorneys for LANGAN ENGINEERING AND
ENVIRONMENTAL SERVICES, INC.***
125 Broad Street. 39th Floor
New York. New York 10004
Tel:    212-422.0202
Fax:    212-422-0925
William.Brennan@sdma.com

Evy Kazansky, Esq.
Law Offices of James J. Toomey
***Attorneys for GCA SERVICES, INC.***
485 Lexington Avenue, 7th Floor
New York, New York 10017
Tel:    917-778-6659         Fax:    917-778-7020
ekazansk@travelers.com; toomlaw1@travelers.com

*Savi Ramprasad*

2

382107.1