UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                              :    Civ. Action No. 08-cv-2218 (ARR)
CHRISTOPHER E. BROWN,                                         :         Hon. J. Ross
                                                              :         Hon. M.J. Pohorelsky
                Plaintiff,                                    :
                                                              :
        -against-                                             :
                                                              :
                                                              :    **ST. JOHN'S UNIVERSITY'S**
ST. JOHN'S UNIVERSITY and GCA SERVICES                        :    **ANSWER TO GCA**
GROUP, INC., and BUTLER ROGERS BASKETT                        :    **SERVICES GROUP, INC.'S**
ARCHITECTS, P.C., and HM WHITE SITE                           :    **CROSSCLAIMS**
ARCHITECTS and SKANSKA USA BUILDING,                          :
INC. and LANGAN ENGINEERING AND                               :
ENVIRONMENTAL                                                 :
SERVICES, INC.,                                               :
                Defendants.                                   :
-------------------------------------------------------------x :
ST. JOHN'S UNVERSITY,                                         :
                                                              :
                Third-Party Plaintiff,                        :
        -against-                                             :
                                                              :
GCA SERVICES GROUP, INC., and                                 :
BUTLER ROGERS BASKETT,                                        :
                                                              :
                Third-Party Defendants.                       :
-------------------------------------------------------------x :
BUTLER ROGERS BASKETT,                                        :
                                                              :
                Fourth-Party Plaintiff,                       :
                                                              :
        -against-                                             :
                                                              :
HM WHITE SITE ARCHITECTS, SKANSA USA                          :
BUILDING, INC. and LANGAN ENGINEERING                         :
AND ENVIRONMENTAL SERVICES, INC.,                             :
                                                              :
                Fourth-Party Defendants.                      :
-------------------------------------------------------------x

Defendant/Third-Party Plaintiff St. John's University, by its attorneys, Biedermann, Reif, Hoenig, & Ruff, P.C., as and for its Answer to GCA Services Group, Inc.'s (hereinafter "GCA") Cross-Claims as asserted in its Answer to Plaintiff's Second Amended Complaint, sets forth as follows:

### CROSS-CLAIM FOR COMMON LAW INDEMNIFICATION

In response to GCA's Cross-Claim for common law indemnification, the defendant herein denies the allegations as stated.

### CROSS-CLAIM FOR COMMON LAW CONTRIBUTION

In response to GCA's Cross-Claim for common law indemnification, the defendant herein denies the allegations as stated.

### CROSS-CLAIM FOR CONTRACTUAL INDEMNIFICATION

In response to GCA's Cross-Claim for contractual indemnification, the defendant herein denies the allegations as stated.

### CROSS-CLAIM FOR INSURANCE COVERAGE

In response to GCA's Cross-Claim for insurance coverage, the defendant herein denies the allegations as stated.

**WHEREFORE**, defendant/third-party plaintiff St. John's University demands judgment dismissing the Cross-Claims herein, together with the costs and disbursements of this action.

Dated: New York, New York
       July 23, 2010

                                 Yours, *etc.*,

                                 Biedermann, Reif, Hoenig & Ruff, P.C.

                                 By: _____
                                     Elaine N. Chou  (EC7688)
                                 Attorneys for Defendant/Third-Party Plaintiff
                                 St. John's University
                                 885 Third Avenue
                                 New York, New York 10022
                                 (212) 697-6555

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of July, 2010, I electronically filed the foregoing **ST. JOHN'S UNVIERSITY ANSWER TO GCA SERVICES GROUP, INC.'S CROSSCLAIMS** with the Clerk of Court using the CM/ECF system which will send notification of filing to the following e-mail addresses:

Louis Mussman, Esq.
Ku & Mussman, P.A.
*Attorneys for CHRISTOPHER BROWN*
11098 Biscayne Blvd, Suite 301
Miami, Florida 33161
Tel:	305-891-1322	Fax:	305-891-4512
louis@kumussman.com
brian@kumussman.com

J. Justin Griffin, Esq.
Ku & Mussman, P.A.
*Attorneys for CHRISTOPHER BROWN*
64 Oriole Street
Pearl River, New York 10965
Tel:	845-499-9121	Fax:	305-891-4512
jjg10@hotmail.com

Robert A. Banner, Esq.
Kevin J. McGrath, Esq.
Ingram Yuzek Gainen Carroll & Bertolotti, LLP
*Attorneys for BUTLER ROGERS BASKETT*
250 Park Avenue
New York, New York 10177
Tel.:	212-907-9600	Fax:	212-907-9681
rbanner@ingramllp.com
kmcgrath@ingramllp.com
jrothman@ingramllp.com

Eyal Steven Eisig, Esq.
Stephen P. Schreckinger, Esq.
Gogick, Byrne & O'Neill, LLP
*Attorneys for HW WHITE SITE ARCHITECTS*
11 Broadway, Suite 1560
New York, New York 10004-1314
Tel:	212-422-9424	Fax:	212-422-9429
ese@gogick.com
sps@gogick.com

Michael S. Bubb, Esq.
Christopher L. Deininger, Esq.
Bubb Grogan & Cocca LLP
*Attorneys for SKANSKA USA BUILDING, INC.*
25 Prospect Street
Morristown, New Jersey 08960
Tel:    973-539.6500         Fax:    212-539-6409
mbubb@bgc-law.com
cdeininger@aol.com

William J. Brennan, Esq.
Sedgwick Detert Moran & Arnold LLP
*Attorneys for LANGAN ENGINEERING AND ENVIRONMENTAL SERVICES, INC.*
125 Broad Street. 39th Floor
New York. New York 10004
Tel:    212-422.0202
Fax:    212-422-0925
William.Brennan@sdma.com

Evy Kazansky, Esq.
Law Offices of James J. Toomey
*Attorneys for GCA SERVICES, INC.*
485 Lexington Avenue, 7th Floor
New York, New York 10017
Tel:    917-778-6659         Fax:    917-778-7020
ekazansk@travelers.com; toomlaw1@travelers.com

*Savi Ramprasad*

2

382106.1