UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTOPHER E. BROWN,<br><br>    Plaintiff,<br><br>v.<br><br>ST. JOHN'S UNIVERSITY, GCA SERVICES GROUP, INC., BUTLER ROGERS BASKETT, H.M. WHITE SITE ARCHITECTS, SKANSKA USA BUILDING, INC., and LANGAN ENGINEERING AND ENVIRONMENTAL SERVICES, INC.<br><br>    Defendants. | Civil Action No. 08-CV-2218<br><br>Hon. J. Ross<br><br>Hon. M.J. Pohorelsky<br><br><br>**STIPULATION TO DISMISS CROSS-CLAIMS OF H.M. WHITE SITE ARCHITECTS AGAINST LANGAN ENGINEERING AND ENVIRONMENTAL SERVICES** |
| ST. JOHN'S UNIVERSITY,<br><br>    Third-Party Plaintiff,<br><br>v.<br><br>GCA SERVICES GROUP, INC., and BUTLER ROGERS BASKETT,<br><br>    Third-Party Defendants. | |
| BUTLER ROGERS BASKETT,<br><br>    Fourth-Party Plaintiff,<br><br>v.<br><br>H.M. WHITE SITE ARCHITECTS, SKANSKA USA BUILDING, INC. and LANGAN ENGINEERING AND ENVIRONMENTAL SERVICES, INC.<br><br>    Fourth-Party Defendants. | |

Langan Engineering and Environmental Services, Inc. ("Langan") and H.M. White Site Architects ("H.M. White") stipulate and agree that all of H.M. White's cross-claims over and against Langan in the above-captioned litigation are hereby discontinued and withdrawn, without prejudice. Langan and H.M. White therefore jointly request that the Court order that H.M. White's cross-claims over and against Langan be dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(2)

Respectfully submitted,

Eyal S. Eisig (ESE-0075)
GOGICK, BRYNE & O'NEIL, LLP
11 Broadway, Suite 1560
New York, New York 10004
Telephone: 212-422-9424
Email: ese@GOGICK.com

DATED: October 29, 2010

J. Gregory Lahr (JL-9969)
William J. Brennan (WB-0742)
SEDGWICK, DETERT, MORAN & ARNOLD LLP
125 Broad Street, 39th Floor
New York, New York 10004
Telephone: 212-422-0202
Email: gregory.lahr@sdma.com
william.brennan@sdma.com

DATED: October 29, 2010

**SO ORDERED:**

_____

## CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2010, a true and correct copy of the foregoing has been filed via ECF in compliance with Local Rule 5.2.

                                                                             s/ William J. Brennan