UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTOPHER E. BROWN,<br><br>       Plaintiff,<br><br>v.<br><br>ST. JOHN'S UNIVERSITY, GCA SERVICES GROUP, INC., BUTLER ROGERS BASKETT, H.M. WHITE SITE ARCHITECTS, SKANSKA USA BUILDING, INC., and LANGAN ENGINEERING AND ENVIRONMENTAL SERVICES, INC.<br><br>       Defendants. | Civil Action No. 08-CV-2218<br><br>Hon. J. Ross<br><br>Hon. M.J. Pohorelsky<br><br>**STIPULATION TO WITHDRAW ADMISSIONS** |
| ST. JOHN'S UNIVERSITY,<br><br>       Third-Party Plaintiff,<br><br>v.<br><br>GCA SERVICES GROUP, INC., and BUTLER ROGERS BASKETT,<br><br>       Third-Party Defendants. | |
| BUTLER ROGERS BASKETT,<br><br>       Fourth-Party Plaintiff,<br><br>v.<br><br>H.M. WHITE SITE ARCHITECTS, SKANSKA USA BUILDING, INC. and LANGAN ENGINEERING AND ENVIRONMENTAL SERVICES, INC.<br><br>       Fourth-Party Defendants. | |

**IT IS HEREBY STIPULATED AND** AGREED, by and between the attorneys for H.M. White Site Architects ("H.M. White") and Langan Engineering and Environmental Services, Inc. ("Langan") that any admission by H.M. White that is the result of H.M. White's failure to respond to Langan's Requests for Admissions, dated August 9, 2010, within 30 days after being served pursuant to Rule 36 of the federal Rules of Civil Procedure, is hereby withdrawn with respect to H.M. White.

This Stipulation may be executed by facsimile and in counterparts, which shall be deemed an original, and which together shall constitute one and the same instrument.

Dated: New York, New York
       October 29, 2010

_____
Eyal S. Eisig (ESE-0075)
GOGICK, BRYNE & O'NEIL, LLP
11 Broadway, Suite 1560
New York, New York 10004
Telephone: 212-422-9424
Email: ese@GOGICK.com

_____
J. Gregory Lahr (JL-9969)
William J. Brennan (WB-0742)
SEDGWICK, DETERT, MORAN & ARNOLD LLP
125 Broad Street, 39th Floor
New York, New York 10004
Telephone: 212-422-0202
Email: gregory.lahr@sdma.com
william.brennan@sdma.com

CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2010, a true and correct copy of the foregoing has been filed via ECF in compliance with Local Rule 5.2.

s/ Eyal S. Eisig