UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTOPHER E. BROWN,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ST. JOHN'S UNIVERSITY, GCA SERVICES GROUP, INC., BUTLER ROGERS BASKETT, H.M. WHITE SITE ARCHITECTS, SKANSKA USA BUILDING, INC., and LANGAN ENGINEERING AND ENVIRONMENTAL SERVICES, INC.<br><br>　　　　　Defendants. | Civil Action No. 08-CV-2218<br><br>Hon. J. Ross<br><br>Hon. M.J. Pohorelsky<br><br>**STIPULATION TO DISMISS CROSS-CLAIMS OF ST. JOHN'S UNIVERSITY AGAINST LANGAN ENGINEERING AND ENVIRONMENTAL SERVICES** |
| ST. JOHN'S UNIVERSITY,<br><br>　　　　　Third-Party Plaintiff,<br><br>v.<br><br>GCA SERVICES GROUP, INC., and BUTLER ROGERS BASKETT,<br><br>　　　　　Third-Party Defendants. | |
| BUTLER ROGERS BASKETT,<br><br>　　　　　Fourth-Party Plaintiff,<br><br>v.<br><br>H.M. WHITE SITE ARCHITECTS, SKANSKA USA BUILDING, INC. and LANGAN ENGINEERING AND ENVIRONMENTAL SERVICES, INC.<br><br>　　　　　Fourth-Party Defendants. | |

Langan Engineering and Environmental Services, Inc. ("Langan") and St. John's University ("St. John's") stipulate and agree that all of St. John's cross-claims over and against Langan in the above-captioned litigation are hereby discontinued and withdrawn, without prejudice. Langan and St. John's therefore jointly request that the Court order that St. John's cross-claims over and against Langan be dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(2)

Respectfully submitted,

_____
Edward O'Toole (EO-4122)
Biedermann, Reif, Hoenig & Ruff P.C.
885 Third Avenue, 16th Floor
New York, NY 10022
Telephone: 212-634-5047
eotoole@brhr.com

DATED: November 1, 2010

_____
William J. Brennan (WB-0742)
SEDGWICK, DETERT, MORAN & ARNOLD LLP
125 Broad Street, 39th Floor
New York, New York 10004
Telephone: 212-422-0202
Email: william.brennan@sdma.com

DATED: November 1, 2010

**SO ORDERED:**

_____

CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2010, a true and correct copy of the foregoing has been filed via ECF in compliance with Local Rule 5.2.

s/ William J. Brennan