| | | | |
|---|---|---|---|
| BEFORE: | VIKTOR V. POHORELSKY | DATE: | 5/20/11 |
| | U.S. MAGISTRATE JUDGE | START TIME: | 3:10 p.m. |
| | | END TIME: | 3:25 p.m. |
| DOCKET NO. | CV-08-2218 | JUDGE: | ARR |

CASE NAME:   Brown v. St. John's University et al.

CIVIL CONFERENCE

PURPOSE OF CONFERENCE:   Telephone Status Conference

APPEARANCES:
- Plaintiff: Louis Mussman
- Defendant: Edward O'Toole (St. John's)
- 3rd Party Def'ts: Jessica Rothman (Butler Rogers); Evy Kazansky (GCA)
- 4th Party Def't: Eyal Eisig (HM White); Christopher Deininger (Skanska); William Brennan (Langan)

SCHEDULING AND RULINGS:

1. The questions concerning a Medicare lien have been resolved. The defendants are circulating a draft settlement agreement which should be finalized shortly and will be forwarded to the plaintiff within 10 days. The parties expect to conclude the settlement and file a stipulation of dismissal promptly thereafter.

2. The next conference will be held by telephone on **June 24, 2011 at 2:15 p.m.**, to be initiated by counsel for the plaintiff (Chambers: 718-613-2400). The conference will be marked off the calendar if a stipulation of dismissal has been filed before the conference is held.