BEFORE:   VIKTOR V. POHORELSKY            DATE:        6/24/11
          U.S. MAGISTRATE JUDGE           START TIME:  2:30 p.m.
                                          END TIME:    2:45 p.m.
DOCKET NO.   CV-08-2218                   JUDGE:       ARR

CASE NAME:   Brown v. St. John's University et al.

CIVIL CONFERENCE

PURPOSE OF CONFERENCE:   Telephone Status Conference

APPEARANCES:   Plaintiff        Louis Mussman
               Defendant        Edward O'Toole (St. John's)
               3rd Party Def'ts  Jessica Rothman (Butler Rogers); Evy Kazansky (GCA)
               4th Party Def't   Eyal Eisig (HM White); Christopher Deininger
                                (Skanska); William Brennan (Langan)

SCHEDULING AND RULINGS:

1.  The defendant Skanska will be circulating what is hope to be a final amendment to the draft settlement agreement on Monday.  This is thought to be the only remaining unresolved matter holding up the settlement.

2.  The next conference will be held by telephone on **July 6, 2011 at 2:45 p.m.**, to be initiated by counsel for the plaintiff (Chambers: 718-613-2400).  The conference will be marked off the calendar if a stipulation of dismissal has been filed before the conference is held.