BEFORE: VIKTOR V. POHORELSKY  DATE: 7/6/11
          U.S. MAGISTRATE JUDGE  START TIME: 3:00 p.m.
          END TIME: 3:15 p.m.

DOCKET NO.   CV-08-2218  JUDGE: ARR

CASE NAME:   Brown v. St. John's University et al.

CIVIL CONFERENCE

PURPOSE OF CONFERENCE:   Telephone Status Conference

APPEARANCES:   Plaintiff   Louis Mussman
          Defendant   Edward O'Toole (St. John's)
          3rd Party Def'ts   Jessica Rothman (Butler Rogers); Evy Kazansky (GCA)
          4th Party Def't   Eyal Eisig (HM White); Jignesh Shah (Skanska); William Brennan (Langan)

SCHEDULING AND RULINGS:

1. The parties have agreed upon the last item that had impeded settlement and the settlement agreement is being circulated for signatures. The parties have not prepared a stipulation of dismissal, however; such a stipulation must be filed in order to terminate the case.

2. The next conference will be held by telephone on **August 4, 2011 at 2:30 p.m.**, to be initiated by counsel for the plaintiff (Chambers: 718-613-2400). The conference will be marked off the calendar if a stipulation of dismissal has been filed before the conference is held.